IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-CR-30127-SMY |
| ) | |
| MARQUISE Q. GOLLIDAY, ) | |
| MONTUELLE F. WRIGHT, ) | |
| DEE E. DAY ) | |
| ) | |
| Defendants. ) | |

## ORDER GOVERNING DISCOVERY

Upon consideration of the "United States Motion for Order Governing Discovery," the Court FINDS:

1. The discovery materials to be provided by the United States to the defense are voluminous.

2. The discovery materials contain a substantial amount of Personal Identifying Information ("PII").

3. Because of the volume of the discovery materials to be produced, it is not practicable for the United States to redact all PII before disclosing these materials to the defense. Such a process would be very time consuming, thus delaying production of discovery materials to the defense, and potentially delaying the trial.

It is therefore ORDERED:

1. Pursuant to 5 U.S.C. § 552a(b)(11), the United States is permitted to disclose discovery materials to defense counsel which contain Personal Identifying Information ("PII").

2. Pursuant to Fed. R. Crim. P. 16(d)(1), the Court places the following restrictions on the use and dissemination of materials containing PII: (a) defense counsel are prohibited from publicly disclosing any materials which contain PII; and (b) defense counsel are further prohibited from providing copies of any materials containing PII to their clients.  This order does not prohibit defense counsel from reviewing materials containing PII with their clients, provided that copies of these materials are not provided to the defendants.

3. The discovery materials may be disclosed to co-counsel, office personnel, consultants, or expert witnesses, for the sole purpose of assisting Defendants in preparing, trying, or appealing this matter.  Only as much of the materials as may be useful for such purpose may be disclosed.  Any person to whom counsel discloses the content of discovery materials as permitted by this Order, must be informed that such material is subject to this Order and is confidential, and must be treated as such.

**DATED:  November 7, 2023**

**STACI M. YANDLE**
**United States District Judge**
**Southern District of Illinois**